No. 696. ALLISON *v.* INDIANA, 365 U. S. 608; and

No. 798, Misc. OUGHTON *v.* UNITED STATES, 365 U. S. 889. Petitions for rehearing denied.

## MAY 17, 1961.

No. 734. GAS SERVICE CO. ET AL. *v.* FEDERAL POWER COMMISSION. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *J. David Mann, Jr., William W. Ross, Irvin Fane* and *Richard S. Righter* for petitioners. *Solicitor General Cox* for respondent.

## MAY 22, 1961.

No. 746. OYLER *v.* ADAMS, WARDEN; and

No. 747. CRABTREE *v.* ADAMS, WARDEN. Certiorari, 365 U. S. 810, to the Supreme Court of Appeals of West Virginia. The motions to substitute Otto C. Boles in the place of D. E. Adams as the party respondent are granted. *David Ginsburg* on the motions.

No. 993, Misc. EX PARTE LIPSCOMB. Motion for leave to file petition for writ of habeas corpus denied.

No. 841. O'TOOLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *C. Joseph Danahy* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for the United States.